# USDC SCAN INDEX SHEET










```
CAG     3/5/04    11:22
3:04-CV-00293   PINNAVAIA V. MBNA CORPORATION
*3*
*O.*
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PINNAVAIA,<br><br>                              Plaintiff,<br><br>vs.<br><br>MBNA CORPORATION,<br><br>                              Defendant. | CASE NO. 04-CV-0293<br><br>**Scheduling ORDER Requesting Briefing on Jurisdiction** |

On February 11, 2004, Plaintiff Matthew Pinnavaia removed this case from Superior Court to this court. The court hereby requests briefing from the parties as to whether the court retains jurisdiction over the case, given that plaintiff was the removing party. Accordingly, the parties should submit briefs including any motions to remand no later than *Friday, March 19, 2004.*

IT IS SO ORDERED.

Dated: 3/4/04

MARILYN L. HUFF, Chief Judge
UNITED STATES DISTRICT COURT

- 1 -

1  Copies to:

2  Matthew Pinnavaia
   1701 Bush Street 6-P
3  Oceanside, CA 92054

4  Glen Isaacs
   Ropers, Majeski, Kohn & Bentley
5  333 Market Street, Suite 3150
   San Francisco, CA 94105
6