USDC SCAN INDEX SHEET










```
CAG    3/17/04    13:29
3:04-CV-00293    PINNAVAIA V. MBNA CORPORATION
*4*
*RPLY.*
```

```
1  MATTHEW D. PINNAVAIA
   1701 Bush Street 6-P
2  Oceanside  CA  92054
   [Tel. 760 966 1335]
3  [Pro-Se]
```



FILED

MAR 15 2004

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

```
MATTHEW D. PINNAVAIA     )   CASE NO. 04-CV-0293- H(POR)
                         )
         Plaintiff,      )   PLAINTIFF'S REPLY BRIEF
                         )   PERTAINING TO COURT'S
      v.                 )   SCHEDULING ORDER REQUESTING
                         )   BRIEFING ON JURISDICTION >
MBNA CORPORATION         )   MARCH 19, 04.
                         )
         Defendant.      )
_____)
```

Plaintiff, hereby states to the Honorable Chief Judge Marilyn L. Huff, the following reasons for Plaintiff's removal of this case from California Superior Court:

1. As stated in Plaintiff's "Statement To The Court", filed on Feb. 11, 04., the prominence of Federal Law in this case is an overriding factor which would be essential to an answer of Plaintiff's Federal question.

2. Plaintiff, does state to the Court, that Plaintiff has been, and continues to be, subjected to "extreme prejudice" by case-Judge Guy-Schall because of Plaintiff's Pro-Se, Pauper-Status, and Caretaker-Status regarding Plaintiff's 80 year-old beloved mother. (Attached Letter)

1 | Plaintiff shall never tolerate the "judicial arrogance"
2 | and "judicial prejudice as exhibited by Judge Guy-Schall"
3 | with the judicial-approval of Presiding Judge Weber
4 | of the California Superior Court, Vista, CA.

Respectfully Submitted,

*Matthew D. Pinnavaia* (signature)

Matthew D. Pinnavaia

Date: 3-12-04

(Pertaining Case > U.S. District Court, CA. N. District, San Francisco, C.A. # 3:01-cv-02969, Ting et al v. AT&T.)

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF CALIFORNIA

3    MATTHEW D. PINNAVAIA         )    CIVIL NO. 04-CV-0293
                                  ))
4              Plaintiff,         )    CERTIFICATE OF SERVICE
                                  )    BY MAIL
5         v.                      )
                                  )
6    MBNA CORPORATION,            )
                                  )
7              Defendant.         )
                                  )
8    STATE OF CALIFORNIA          )
                                  )
9    COUNTY OF SAN DIEGO          )

10

11        I, Catherine Toscano, am a citizen of the USA over the
     age of 18 years and a resident of San Diego County, CA;
12   I am not a party to this action.

13        On March /2,04, I deposited in the U.S. Mail at
     Oceanside, CA., in the above action, in an envelope, with
14   First-Class postage, a copy of > PLAINTIFF'S REPLY BRIEF
     PERTAINING TO COURT'S SCHEDULING ORDER REQUESTING BRIEFING
15   ON JURISDICTION > 3 19 04.
     addressed to: DEFENDANT COUNSEL, RMKB, 333 Market St,
16   Ste 3150, San Francisco, CA, 94105.
     last known address at which place there is delivery service
17   of mail from the U.S.P.S.

18        I declare under penalty of perjury that the foregoing
     is true & correct.
19

20   Executed > Oceanside, CA. > Date: 3*-/2-04

21             *Catherine Toscano* (signature)

22             Catherine Toscano
               1701 Bush St 6-P
23   Oceanside  CA   92054

Matthew D. Pinnavaia
1701 Bush Street 6-P
Oceanside  CA  92054

12 11 03.

Honorable Judge Joan Weber
Office of the Presiding Judge
Department 20
California Superior Court
325 S Melrose Drive
Vista  CA  92081

A COMPLAINT AGAINST THE HONORABLE JUDGE LISA GUY-SCHALL PERTAINING TO SAN DIEGO SUPERIOR COURT RULES - CHAPTER TWO, GENERAL RULES, RULE 1.6 - POLICY AGAINST BIAS. AND A PLAINTIFF REQUEST TO THE COURT FOR THE REMOVAL OF JUDGE GUY-SCHALL FROM COURT CASE #GIN030979 - PINNAVAIA v. MBNA CORP.

Dear Honorable Judge Weber:

As Plaintiff in the above case, Plaintiff Pinnavaia filed a Case Management Statement Request to the Court, whereby Plaintiff respectfully requested of Judge Guy-Schall a "Request To Appear By Telephone, as pertains to San Diego Superior Court Rule 2.52. Plaintiff is the sole-caretaker of his beloved 80-year-old mother, who has various medical-conditions which do require my constant attendance. Plaintiff provided medical-documentation to Judge Guy-Schall wherein Dr. Mark D. Smith, Ophthalmology, Retina Specialist, does consider it of the paramount necessity for Plaintiff to be in the "caretaker mode" at all times so as to "decrease her risk of falling and having other more complicated injuries as a result of a fall because of lack of depth perception and lack of vision on her left side", words and letter of Dr. Smith enclosed.

Plaintiff, did present to the Court, as pertains to San Diego Superior Court Rules, Rule 2.21, Mandatory Appearance - "Good Cause Shown" for a telephonic-hearing - Rule 2.21, "For good cause shown, a party or agent may be excused from attendance at such conferences provided such party or agent will be available by telephone during the conference."

On 12-10-03, Judge Guy-Schall denied Plaintiff's request for an "Appearance By Telephone."

Plaintiff, does state, and does, contend to the Court, that Judge Guy-Schall, by her action of denial to Plaintiff, has exhibited, extreme bias, extreme prejudice, and extreme unfair practice, and has also exhibited discrimination toward Plaintiff because of Plaintiff's "Caretaker, Pro-Se, and Pauper-Status" before the Court and in violation of Court Rule 1.6.

The judicial-arrogance and the judicial-supremacy as exhibited by Judge Guy-Schall towards Plaintiff and towards the Rules of the Court shall not be tolerated by the Plaintiff. And Plaintiff is requesting a "university medical-degree" record

[P-1]

(P-2, letter to Judge Weber)

of Judge Guy-Schall in "Opthalmology", because if Judge Guy Schall, or the Court, cannot produce a "university medical-degree of Opthalmology" as received by Judge Guy-Schall, then, Plaintiff does ask the Court: What "medical expertise" does Judge Guy-Schall have, which would enable her to contradict the letter of Doctor Smith, Doctor of Opthalmology and Retina Specialist?

If the Office of the Presiding Judge, does condone the disgraceful judicial conduct of Judge Guy-Schall, then Plaintiff shall request a "Change of Venue" so as to remove this case from the judicial-prejudice of this Court.

When a judge, in the U.S. judicial-system, engages in judicial conduct which is in direct contradiction to the Rules of the Court, thereby denying an American-citizen "equal access" to the Court, under the U.S. Constitution, then, this, an attack upon the U.S. Constitution shall be a continuous shredding of the Supreme Law of the United States, the U.S. Constitution, which is prevalent today in my beloved country.

Respectfully,

*Matthew D. Pinnavaia*

Matthew D. Pinnavaia


Enc. Letter of Dr. Smith.

# SAN DIEGO RETINA ASSOCIATES
- A MEDICAL GROUP -

550 WASHINGTON STREET, SUITE 723
SAN DIEGO, CALIFORNIA 92103

DANIEL C. BITNER, M.D., F.A.C.S., INC.
MARK D. SMITH, M.D., F.A.C.S., INC.
FANE L. ROBINSON, M.D., F.A.C.S.

TELEPHONE (619) 299-1354
FAX NO. (619) 299-0274

September 20, 2000

RE: Pinnavaia, Catherine

To Whom it May Concern:

Catherine Pinnavaia is a patient being seen in my office, most recently on September 20, 2000. She is being followed for neovascular glaucoma secondary to a central retinal vein occlusion in the left eye, and essentially is a monocular patient. As a result of her monocular situation she has limited depth perception, difficulty driving, and difficulty doing many of her daily activities. She has a care-taker, her son Matthew, who helps her in these matters and is of great assistance. I would recommend that he continue to help her as it would decrease her risk of falling and having other more complicated injuries as a result of a fall because of lack of depth perception and lack of vision on her left side.

If further information is necessary please do not hesitate to call.

Sincerely,

Mark D. Smith, M.D.

MDS:ns