















```
CAG    3/22/04    9:40
3:04-CV-00293    PINNAVAIA V. MBNA CORPORATION
*7*
*MEMSUP.*
```

GEORGE G. WEICKHARDT (SBN 58586)
GLEN H. ISAACS (SBN 139931)
ROPERS, MAJESKI, KOHN & BENTLEY
333 Market Street, Suite 3150
San Francisco, California 94105
Telephone: (415) 543-4800
Facsimile: (415) 274-6301

Attorneys for Defendant
MBNA AMERICA BANK, N.A.
(erroneously sued herein as MBNA CORPORATION)

ORIGINAL FILED
04 MAR 19 PM 3:38
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
NUNC PRO TUNC
BY: _____ DEPUTY
MAR 17 2004

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BY FAX

| MATTHEW D. PINNAVAIA, | CASE NO. 04 CV 0293 H(POR) |
|---|---|
| Plaintiff, | MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION TO REMAND |
| v. | |
| MBNA CORPORATION, a Delaware corporation, and DOES 1-20, inclusive, | Date: March 19, 2004<br>Time: No Hearing Set<br>Dept.: Chief Judge Marilyn L. Huff |
| Defendants. | Date of Notice of Removal: Feb. 11, 2004 |

MBNA AMERICA BANK, N.A., erroneously sued as MBNA CORPORATION ("MBNA") submits the following motion to remand the above-entitled action, pursuant to 28 U.S.C. 1447(c):

## I. FACTS

Plaintiff is already known to this Court. He has filed two lawsuits against the FBI in this forum alleging conspiracies and millions of dollars in damages.

On July 1, 2003, Plaintiff filed a complaint against MBNA, a credit card issuer, in San Diego County Superior Court for the State of California alleging that MBNA wrongfully closed his credit card accounts. He alleged violations of only California statutes: California Civil Code § 1747 et seq., (the Song-Beverly Credit Card Act of 1971), California Business and Professions Code § 17200, and California Civil Code § 1750 et seq. (the Consumer Legal Remedies Act). MBNA then moved to compel arbitration based on the contract between the parties.

On February 11, 2004, Plaintiff removed this action, despite the fact that he is the plaintiff. MBNA was served with the notice that Plaintiff filed with the Superior Court, but was never served the "Notice of Removal of Civil Action from California State Superior Court, N. County Division, Vista, CA., According to Federal Statute 28 U.S.C. § 1441 A, B., and Plaintiff's Request of Judicial Review Pertaining to a Federal Question Regarding 9 U.S.C. – Federal Arbitration Act" ("Notice of Removal") which he filed with the U.S. District Court. Therein, Plaintiff does not really ask the Court to take trial jurisdiction over the case. Instead, he asks for "judicial review" of "THE QUESTION". There are more than one "question" posed under that heading, but the questions are not intelligible. MBNA obtained the Notice of Removal by sending a courier to this Court to copy it. The Notice of Removal as filed was accompanied only by a copy of Plaintiff's complaint.

## II. ARGUMENT

This case must be remanded to state court for two reasons, either of which is sufficient to require remand.

First, 28 U.S.C. § 1441 only permits removal by "the defendant, or the defendants." Plaintiff cannot remove. There are absolutely no exceptions. The case must be remanded on that basis alone. However, were that not the case, other defects would still mandate remand.

Second, although the removal is purportedly based on federal question jurisdiction, Plaintiff has not alleged any cause of action based on federal law. His claims are based solely on California law. No federal question is presented.

The foregoing flaws are so fatal to Plaintiff's removal that no hearing is necessary. MBNA requests that this Court remand this action to Superior Court without hearing, to avoid any further expense to MBNA.

DATED: 3/16/2004                    ROPERS, MAJESKI, KOHN & BENTLEY

By /s/ Glen H. Isaacs
GEORGE G. WEICKHARDT
GLEN H. ISAACS
Attorneys for Defendant
MBNA AMERICA BANK, N.A.
(erroneously sued herein as MBNA CORPORATION)

LAW OFFICES
Ropers, Majeski, Kohn & Bentley
A Professional Corporation
333 Market Street, Ste. 3150
San Francisco, CA 94105
(415) 543-4800

SF/161271.1/ GHI                    -2-
MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION TO REMAND

MAR 17 2004 11:35                   415 274 6301      PAGE.03

| | |
|---|---|
| CASE NAME: Pinnavaia v. MBNA | U.S.D.C. ACTION NO.: 04 CV 0293 H (POR) |

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 333 Market Street, Suite. 3150, San Francisco, California 94105. I am employed in the county of San Francisco where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as: **MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION TO REMAND**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

*Plaintiff-In-Pro Se*

Matthew D. Pinnavaia
1701 Bush Street, Apt. 6-P
Oceanside, CA 92054-7137
Tel: (760) 966-1335
**(NO FAXES)**

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 17, 2004, at San Francisco, California.

Eleanor L. Mangonon

LAW OFFICES
Ropers, Majeski, Kohn & Bentley
A Professional Corporation
333 Market Street, Ste 3150
San Francisco, CA 94105
(415) 543-4800

SF/161271.1/ GHI   -3-   MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION TO REMAND